JS6

GLENN J. HOLZBERG (Fla. Bar No.: 369551)
glenn@holzberglegal.com
**HOLZBERG LEGAL**
7685 SW 104th Street
Suite 220
Miami, Florida 33156
PHONE: (305) 668-6410
FAX: (305) 667-6161

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA MCARDLE, individually and as the Personal Representative of the Estate of THOMAS MCARDLE, decease.<br><br>            Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a corporation for profit,<br><br>            Defendant. | Case No.: 2:21-cv-01522-RGK-SK<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[47]<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Steve Kim<br>Filed: 02/19/2021 |

Based on the parties Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;
2. Each party to bear its own costs; and

   **IT IS SO ORDERED.**

Dated: _____April 21, 2022_____          _/s/ Gary Klausner_____
                                                                    Hon. R. Gary Klausner
                                                                    *United States District Court Judge*

---

1

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE    Case No. 2:21-CV-01916-GW-MRW